**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MELLISSA ALLISON RHULE MCAFFE,** | § § § | |
| **Petitioner,** | § § § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1633-KC** |
| | § | |
| **EL PASO SERVICE PROCESSING CENTER,** | § § § | |
| **Respondent.** | § § | |

**ORDER**

On this day, the Court considered the case.  On June 12, 2026, Mellissa Allison Rhule Mcaffe filed a Petition for a Writ of Habeas Corpus, ECF No. 3.  On June 15, the Court ordered Respondents to show cause why the Petition should not be granted.  June 15, 2026, Order, ECF No. 2.

Respondents have now filed a Response, ECF No. 5, to which they attach the Declaration of Deportation Officer Danny Alaniz ("Alaniz Decl."), ECF No. 5-4.  According to Alaniz, Rhule Mcaffe was granted voluntary departure by an Immigration Judge ("IJ") on May 8, 2026, and was required to depart the country by June 8, 2026.  Alaniz Decl. ¶¶ 4, 5.  However, because Rhule Mcaffe did not depart by June 8, "[v]oluntary departure [e]xtension was granted until July 8, 2026." *Id.* ¶ 5.  Enforcement and Removal Operations ("ERO") "continues to work on removing [Rhule Mcaffe] to Jamaica." *Id.* ¶ 6.  And on June 16, Rhule Mcaffe "was allocated for charter removal for the last week of June." *Id.* ¶ 7(a).

Accordingly, the Court **ORDERS** that Respondents shall **FILE** an advisory, **by no later than July 9, 2026**, stating whether Rhule Mcaffe was removed from the country, and if not, why, and the anticipated timeline for her removal.

**SO ORDERED**.

**SIGNED this 23rd day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE