**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MELLISSA ALLISON RHULE MCAFFE,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1633-KC** |
| **EL PASO SERVICE PROCESSING CENTER,** | § § § § | |
| **Respondent.** | § § | |

**ORDER**

On this day, the Court considered the case. On June 23, 2026, the Court ordered Respondents to file an advisory by July 9, stating whether Mellissa Allison Rhule Mcaffe was removed from the country at the end of June as scheduled, and if not, why, and the anticipated timeline for her removal. June 23, 2026, Order 2, ECF No. 7.

Respondents have now filed an Advisory, ECF No. 11, informing the Court that Rhule Mcaffe was removed to Jamaica on June 25, 2026, via charter flight.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at \*3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Rhule Mcaffe has now been released from custody, albeit through removal from the country, the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

The Clerk shall close the case.

2

**SO ORDERED**.

**SIGNED this 10th day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2